# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0434.  HAYNES CONSTRUCTION MANAGEMENT GROUP, LLC. et al. v. OMARI

On November 16, 2015, we granted appellants' counsel's request to withdraw as appellate counsel.  Appellants' brief was due on November 19, 2015, however on December 11, 2015, this Court granted Allen Haynes, in his individual capacity and appearing pro se, an extension of 30 days in which to file his brief. We also noted that Haynes, as a non-attorney, could not appear on behalf of appellants Haynes Construction Company and Bryan Haynes, who had not filed an appellant's brief or motion for an extension of time to file their brief.

Accordingly, it appearing that as of February 18, 2015, the appellants have not filed their appellate brief or received an additional period of time in which to file their brief, appellee's motion to dismiss the appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/26/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*